UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAXIME HODGES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DRYSHIPS INC., GEORGE ECONOMOU and ANTHONY KANDYLIDIS,<br><br>Defendants. | No.: 1:17-cv-05368-JFK |

### NOTICE OF VOLUNTARY DISMISSAL

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action, *Hodges v. DryShips Inc. et al.*, 1:17-cv-05368, brought before the United States District Court for the Southern District of New York, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Maxime Hodges hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated: August 31, 2017

Respectfully submitted,

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
Fax: 917-463-1044
Email: jalieberman@pomlaw.com

*Counsel for Plaintiff*